HOWARD *et al. v.* BENNETT, superintendent of banks.

PER CURIAM. This case came before this court upon a writ of error from the superior court of Oglethorpe County; and after argument had, the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Hill and Gilbert, JJ., being in favor of a reversal, and Beck, P. J., and Atkinson and Hines, JJ., being in favor of an affirmance, the judgment of the court below stands affirmed by operation of law.

No. 4540. DECEMBER 12, 1924.

Petition for injunction. Before Judge Hodges. Oglethorpe superior court. September 12, 1924.

*Hamilton McWhorter Jr.* and *Tult & Brown,* for plaintiffs.
*C. N. Davie, W. K. Meadow,* and *Green & Michael,* for defendant.